UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 10 PM 2:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Juan ZIRANHUA-Garcia,<br><br>        Defendant | Magistrate Docket No.<br>08 MJ 2096<br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **July 8, 2008** within the Southern District of California, defendant, **Juan ZIRANHUA-Garcia**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **JULY, 2008**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan ZIRANHUA-Garcia

## PROBABLE CAUSE STATEMENT

On July 8, 2008, Border Patrol Agent C. Mansfield responded to a seismic sensor activation in an area that is approximately five miles west of the San Ysidro, California Port of Entry and approximately one quarter mile north of the United States/Mexico International Boundary Fence.

After arriving in the area, Agent Mansfield found footprints for approximately five individuals. He followed the footprints and encountered five individuals attempting to hide themselves in some brush. Agent Mansfield identified himself as a Border Patrol Agent and questioned them as to their citizenship and nationality. All five including one later identified as the defendant **Juan ZIRANHUA-Garcia,** admitted to being citizens and nationals of Mexico without any immigration documents allowing them to be or remain in the United States legally. All five were arrested at approximately 9:45 p.m., and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 4, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated that he understood them and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen and national of Mexico not in possession of any immigration documents allowing him to be or remain in the United States legally.

_____
James Trombley
Senior Patrol Agent


_____               _____
William McCurine Jr.                          Date/Time
U.S. Magistrate Judge