AO 455(Rev. 5/85) Waiver of Indictment

FILED

AUG - 7 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN ZIRANHUA-GARCIA | CASE NUMBER: 08CR 2610-BTM |

I, JUAN ZIRANHUA-GARCIA, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/7/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

x Juan Ziranhua Garcia
Counsel for Defendant

Before _____
Judicial Officer